# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>OMAR G. FIRESTONE, MARTA E. FIRESTONE, LEILA A. FIRESTONE, and ENRIQUE QUIJADA,<br><br>                      Defendants. | Case No.: 19-cv-0003-DMS-KSC<br><br>**ORDER GRANTING MOTION TO STRIKE CO-DEFENDANT'S ANSWER** |

      Defendants Leila A. Firestone, Marta E. Firestone, and Enrique Quijada filed a Motion to Strike the Answer of Defendant Omar Firestone on October 16, 2019. (ECF No. 18.) On August 28, 2020, the Court ordered Defendant Omar Firestone to file a response on or before September 14, 2020. (ECF No. 29.) Defendant Omar Firestone did not file a response to the motion to strike. After considering the motion and the record on file herein, the Court grants the motion. Defendant Omar Firestone's answer (ECF No. 14) is stricken.

      **IT IS SO ORDERED.**

Dated: September 25, 2020

                                          Hon. Dana M. Sabraw
                                          United States District Judge